UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHAD SMITH and CATHERINE SMITH, on behalf of their minor daughter, Jane Doe, a mentally disabled person,

    Plaintiffs,

v.  Case No. 6:12-cv-931-Orl-19TBS

SCHOOL BOARD OF BREVARD COUNTY, ENDEAVOR ELEMENTARY SCHOOL, and ROBERT ERLE BURNS,

    Defendants.
_____/

## ORDER

Pending before the Court is Defendant's Emergency Motion to Quash Subpoenas and Motion for Protective Order Regarding Three Unilaterally Scheduled Depositions Set for March 8, 2013 that were Untimely Noticed and for which Insufficient Notices were Provided, with Incorporated Memorandum of Law. (Doc. 50).

Defendant represents that at 6:57 p.m. on March 6, 2013, Plaintiff's counsel gave notice that they were subpoenaing non-parties, Betsy Butler, Jessica L. Schon and Cheryl Christie for deposition on March 8, 2013. (Id.) The depositions were not coordinated with Defendant's lawyer and he is not available to attend the depositions. (Id.) The parties have conferred as required by Local Rule 3.01(g) and have been unable to resolve this conflict.

Defendant has made a prima facie showing, based upon specific facts, that Plaintiff scheduled these depositions in violation of Fed.R.Civ.P. 30 (b)(1) and Local Rule 3.02. Defendant has also made a prima facie showing that it needs protection

and will be harmed if a protective order is not entered.  Accordingly, the motion is GRANTED, the subpoenas are QUASHED and the depositions of Betsy Butler, Jessica L. Schon and Cheryl Christie shall not be taken.  The Court reserves on the issue of taxation of legal expenses, including reasonable attorney's fees and costs.  The Courtroom Deputy shall coordinate a prompt hearing on this matter.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on March 8, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel